| | |
|---|---|
| Denver District Court<br>Denver County, Colorado<br>Court Address: 1437 Bannock Street, Room 256<br>Denver, CO 80202<br><br>Plaintiff(s): SHAWN ALLEN<br><br>v.<br>Defendant(s): REGIONAL TRANSPORTATION DISTRICT - RTD<br><br>My Name: SHAWN ALLEN<br>Street Address: 4455 EAST 12TH<br>City: DENVER   State: CO   Zip: 80202<br>Phone: 720-607-6946<br>Email: | DATE FILED<br>October 13, 2025<br>CASE NUMBER: 2025CV800<br>FILED IN DENVER<br>DISTRICT COURT<br>OCT 13 2025<br>DENVER, COLORADO<br>COUNTER CLERK mm<br><br>▲ COURT USE ONLY ▲<br>Case Number:<br>25 CV 800<br>Div.: 280   Ctrm: |

**DISTRICT COURT COMPLAINT**

1. A Jury Trial?

   Do you want a Jury? *(Check one)*   ☒ - No   ☐ - Yes *(extra fee)*

2. I can file this case in Denver, because: *(Check all that apply)*
   - ☒ The Defendant lives in Denver.
   - ☒ The Defendant company does business in Denver.
   - ☒ The actions took place in Denver.

3. Defendant Information

   The contact information for the people responding to the lawsuit is:

   *Registered Agent - The person that will accept legal documents for a company. Find a company's Registered Agent at www.sos.state.co.us*

   - Defendant 1 Name: RTD

- Registered Agent: *(if a company)* __RTD__
- Street Address: __1600 BLAKE ST__
- City/State/Zip: __DENVER__


- Defendant 2 Name: _____
- Registered Agent: *(if a company)* _____
- Street Address: _____
- City/State/Zip: _____


- Defendant 3 Name: _____
- Registered Agent: *(if a company)* _____
- Street Address: _____
- City/State/Zip: _____

List any additional Defendants on a separate piece of paper.

4. Grounds

   List the legal ground(s) that allow you to start a lawsuit.
   *These are often called the Claims for Relief or Causes of Action.*

   - Claim 1 - _____SEE  ATTACHMENT_____

     Against whom? *(Check one)*
     - ☐ All Defendants. Or
     - ☐ Just These Defendant(s): _____.

   - Claim 2 - _____SEE  ATTACHMENT_____

     Against whom? *(Check one)*
     - ☐ All Defendants. Or
     - ☐ Just These Defendant(s): _____.

   - Claim 3 - _____SEE  ATTACHMENT_____

     Against whom? *(Check one)*
     - ☐ All Defendants. Or
     - ☐ Just These Defendant(s): _____.

   - Claim 4 - _____SEE  ATTACHMENT_____

     Against whom? *(Check one)*
     - ☐ All Defendants. Or
     - ☐ Just These Defendant(s): _____.

   *List any additional Claims on a separate piece of paper.*

5. Facts

   These are the facts of my case:

   *The facts must qualify you for the legal grounds you are raising.*
   *Attach additional pages as needed.*

   1) SEE ATTACHMENTS

   2) INTRODUCTION

   3)

   4)

   5)

   6)

   7)

8) SEE ATTACHMENT

9)

10)

11)

12)

13)

14)

15)

6. Request for Relief

What do you want the Court to do?

TO BE DETER- MINED BY COURT. TRIAL

7. Signature

I declare under penalty of perjury that this information is true and correct.

Respectfully submitted on (dated) 10-13-2025, by

Print Name: SHAWN ALLEN   Signature: [signature]

**You must properly serve this document on everyone you are making claims against. There are special rules you must follow to do this.**